

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00810-CR

**EX PARTE** Carlos Lizandro **BUSTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10565CR
Honorable Molly Francis, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: December 18, 2024

DISMISSED

Appellant, Carlos Lizandro Bustillo, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Bustillo and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH